IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FOX VALLEY & VICINITY CONSTRUCTION WORKERS WELFARE FUND, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> STREETS OF CHICAGO SERVICES, INC., an Illinois corporation, <br><br> JOANNA MARIE GUTIERREZ, an individual, <br><br> Defendants. | CIVIL ACTION <br><br> NO. 20 C 5929 <br><br> JUDGE CHARLES R. NORGLE |

## AGREED ORDER OF DISMISSAL

Plaintiffs, FOX VALLEY & VICINITY CONSTRUCTION WORKERS WELFARE FUND, *et al.*, and Defendants, STREETS OF CHICAGO SERVICES, INC., an Illinois corporation, and JOANNA MARIE GUTIERREZ, an individual, hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction. The parties request the Court to retain jurisdiction to enforce the terms of their Settlement and Release Agreement under the authority of *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 381-82 (1994).

IT IS HEREBY ORDERED:

1. The parties shall comply with the Settlement and Release Agreement dated July 16, 2021. The parties expressly waive their rights under Federal Rule of Civil Procedure 65(d) to the extent Rule 65(d) requires this Order to be specific in terms or to describe in reasonable detail and without reference to the Settlement and Release Agreement, the act or acts to be restrained.

2. By consent of the parties, the Court shall retain jurisdiction for the purpose of enforcing the terms of the Settlement and Release Agreement.

3. This case is dismissed without prejudice with leave to reinstate on or before August 27, 2021 for the purpose of enforcing the settlement. This Agreed Order of Dismissal is entered without prejudice in order to allow the Court to enforce the terms of the Settlement and Release Agreement. The parties are barred from re-litigating any claims raised in this litigation or any claims released by means of the Settlement and Release Agreement.

4. In the event a Motion to Reinstate or Motion to Enforce Settlement is not filed on or before August 27, 2021, the Court shall relinquish jurisdiction and the case shall be deemed dismissed with prejudice without further order of the Court. Each party shall bear its own attorney's fees and costs.

ENTERED:

_____
JUDGE CHARLES R. NORGLE
7/21/2021

Respectfully submitted,

/s/ Catherine M. Chapman

Catherine M. Chapman
Attorney for the Plaintiffs
Baum Sigman Auerbach & Neuman, Ltd.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6204026
Telephone: (312) 216-2565
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

Respectfully submitted,

/s/ Kathleen M. Cahill (with consent)

Kathleen M. Cahill
Megan M. Moore
Todd A. Miller
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606
Bar No.: 6269486
Bar No.: 6317238
Bar No.: 6216561
Telephone: (312) 675-4325
Facsimile: (312) 675-4326
E-Mails: kmc@alloccomiller.com
mmm@alloccomiller.com
tam@alloccomiller.com

I:\Fvcwj\Streets of Chicago Services\#29212\agreed order of dismissal.cmc.df.wpd

## CERTIFICATE OF SERVICE

    The undersigned, an attorney of record, hereby certifies that on or before the hour of 5:00 p.m., this 21st day of July 2021, she served a copy of the foregoing document (Agreed Order of Dismissal) by electronic mail upon:

>Kathleen M. Cahill
>Megan M. Moore
>Todd A. Miller
>Allocco, Miller & Cahill, P.C.
>20 N. Wacker Drive, Suite 3517
>Chicago, IL 60606
>kmc@alloccomiller.com
>mmm@alloccomiller.com
>tam@alloccomiller.com

                                               /s/   Catherine M. Chapman

Catherine M. Chapman
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6204026
Telephone: (312) 216-2565
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\Fvcwj\Streets of Chicago Services\#29212\agreed order of dismissal.cmc.df.wpd